ATTORNEY GRIEVANCE COMMISSION     *       IN THE
     OF MARYLAND

                                   *       COURT OF APPEALS
                                          OF MARYLAND

      Petitioner,                  *

v.                                    *

JIBRIL ABDUSSABOOR BROWN        *       Misc. Docket AG No. 84
                                          September Term, 2016

      Respondent.               *

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Jibril A. Brown. The Court, having considered the Petition and the record herein, it is this 11th day of September, 2017,

ORDERED, that Respondent, Jibril A. Brown, be and he is hereby REPRIMANDED for violating Rules 8.1(b) and 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct.

/s/ Clayton Greene Jr.
Senior Judge